UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENORA L. GREENE,

        Plaintiff,

v.

        Case No. 2:15-CV-12747
        Judge David M. Lawson
        Magistrate Judge Anthony P. Patti

MEGAN J. BRENNAN,
JEANETTE POWELL and
U.S. POSTAL SERVICE
GREAT LAKES AREA AGENCY,

        Defendants.

_____/

## ORDER DIRECTING THE U.S. MARSHAL TO EFFECT SERVICE UPON DEFENDANTS IN ACCORDANCE WITH FED. R. CIV. P. 4(i)

Plaintiff Genora Greene filed this lawsuit on August 5, 2015 against Megan J. Brennan, Jeanette Powell and the United States Postal Service (USPS) Great Lakes Area Agency. (DE 1.) At the same time, she filed an application to proceed in district court without prepaying fees or costs, and a request for service by the U.S. Marshal. (DEs 2, 3.) The Court granted this request on February 3, 2016, after which three summonses were issued, all with the address 711 N. Glenwood

Ave. Pontiac, MI 48430,[1] and documents for service of process were provided to the U.S. Marshal. (DEs 8, 9, 10.) It appears service by mail was attempted on February 4, 2016. (DE 11.)

To date, no Defendant has appeared. The first attempts at service appearing to have been unsuccessful, the U.S. Marshal **SHALL** again attempt service upon Defendants, this time in accordance with Fed. R. Civ. P. 4(i) ("Serving the United States and Its Agencies, Corporations, Officers, or Employees."). Specifically, the U.S. Marshal is **DIRECTED** to **(A)** deliver a copy of the summons and complaint to Barbara L. McQuade, the U.S. Attorney for the E.D. Mich. (Fed. R. Civ. P. 4(i)(1)(A)), **(B)** send a copy of the summons and complaint to Loretta E. Lynch, Attorney General of the United States (Fed. R. Civ. P. 4(i)(1)(B)), and **(C)** send copies of the summonses and complaint to (i) the USPS Great Lakes Area Agency (ii) Megan J. Brennan (Postmaster General and Chief Executive Officer), and (iii) Jeanette Powell, each at 711 N. Glenwood Ave., Pontiac, MI 48340 (Fed. Rules Civ. P. 4(i)(2), 4(i)(3), 4(e)).

**IT IS SO ORDERED.**

Dated: June 23, 2016

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff listed 48430 on her complaint. (DE 1.) However, it appears the correct zip code is 48340. *See* www.whitepages.com, "Address."

2